IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| Ann R. Chatman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-3349-CV-S-JTM |
| | ) | |
| American Modern Select Ins. Co., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the *Stipulation of Dismissal With Prejudice*, filed January 9, 2013 [Doc. 29], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

                         */s/ John T. Maughmer*
                           **John T. Maughmer**
                       **United States Magistrate Judge**